THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   3:20-CR-262 |
| | :   (JUDGE MARIANI) |
| TYLEE BROWN, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 16th DAY OF JUNE, 2023,** upon consideration of Defendant Tylee Brown's Motion to Suppress Evidence (Doc. 113) and all documents relevant to such Motion, **IT IS HEREBY ORDERED THAT** the Defendant's Motion (Doc. 113) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion is **GRANTED** with respect to statements Defendant made on April 30, 2020, after his apprehension in the wooded area of the premises and in response to questions by Troopers Hnat, McGrath, and Waznak. Such statements will be **SUPPRESSED**.

2. Defendant's Motion is **DENIED** in all other respects, specifically including Defendant's assertions that law enforcement lacked (1) reasonable suspicion to detain him; (2) "reasonable suspicion or probable cause to seize the vehicle in which [he] was a passenger"; (3) reasonable suspicion to "prolong[] the stop to investigate other crimes and to call for a canine unit to perform a sniff-search"; and (4) probable cause to search

the vehicle. (Doc. 140 at 15.) The evidence seized from the vehicle on the date of his arrest will not be suppressed.

_____
Robert D. Mariani
United States District Judge